**929 TURNER vs. RECORDERS' COURT JUDGE** (Detroit), No. 14652½.

To compel the respondent to extend the time for the settlement of a bill of exceptions in a criminal case, sixty days having already been granted, which had expired and nothing had been done.

Order to show cause denied January 22, 1895.

The reasons set forth in the application were, that the defendant's attorney was a candidate for office and did not attend to the matter, and that defendant was without means.

**930 TILDEN vs. CIRCUIT JUDGE** (Wayne), 44 M., 515.

To vacate an order extending the time for settling a case, where the proofs were taken in open court and the application was not made until after sixty days from the date of the decree, and the time allowed does not exceed the statutory period of three months.

Denied October 27, 1880.